**UNITED STATES of America, Appellee,**

v.

**Jordan E. MINETTE, Appellant.**

No. 08–3745.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 16, 2009.

Filed: Dec. 17, 2009.

Kyra E. Jenner, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Jordan E. Minette, Oakdale, LA, James Pierce, Assistant, Angela Lorene Pitts, Assistant, Federal Public Defender's Office, Fayetteville, AR, for Appellant.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

After the district court[1] denied his motion to suppress, Jordan E. Minette conditionally pleaded guilty to transporting child pornography in interstate commerce, in violation of 18 U.S.C. § 2252; he re-

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

served the right to appeal the denial of the suppression motion. The court sentenced Minette to 108 months in prison and 20 years of supervised release, and imposed a $15,000 fine. On appeal, his counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel argues that the district court erred in denying the suppression motion, but we conclude that the court's factual findings were not clearly erroneous, and its legal conclusion was correct. *See United States v. Stevens*, 530 F.3d 714, 717 (8th Cir.) (standard of review), *cert. denied*, — U.S. —, 129 S.Ct. 654, 172 L.Ed.2d 631 (2008).

We have carefully reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we have found no nonfrivolous issues. Accordingly, we affirm. We grant counsel's motion to withdraw.